EDWARD H. KUBO, JR #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: omer.poirier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 2 2003

at ___3___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

SEALED
BY ORDER OF THE COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR03 00311 SOM |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [18 U.S.C. § 2115; 1708; 1702] |
| JOHN P. WILKERSON, ) | |
| JOHN E. SUTER, ) | |
| THERESA A.W. NAAUAO ) | |
| Defendants. ) | |

INDICTMENT

Count 1

The Grand Jury charges:

On or about March 25, 2003, in the District of Hawaii, Defendant JOHN P. WILKERSON, did forcibly break into a United

States Post Office located at 11100 Kula Highway, Kula, Hawaii with the intent to commit in such post office, larceny, in violation of Title 18, Section 2115.

## Count 2

The Grand Jury further charges:

On or about March 25, 2003, in the District of Hawaii, Defendant JOHN P. WILKERSON, did forcibly break into a United States Post Office located at Hansen Road and Helm St, Puunene, Hawaii with the intent to commit in such post office, larceny, in violation of Title 18, Section 2115.

## Count 3

The Grand Jury further charges:

On or about March 25, 2003 in the District of Hawaii, Defendants JOHN P. WILKERSON and JOHN E. SUTER did receive and unlawfully have in their possession letters which had been stolen, taken, embezzled and abstracted from a post office knowing said letters to have been stolen, in violation of Title 18, United States Code, Section 1708.

## Count 4

The Grand Jury further charges:

On or about March 25, 2003 in the District of Hawaii, Defendants, JOHN P. WILKERSON, JOHN E. SUTER, and THERESA A.W. NAAUAO did destroy letters which had been in a United States Post

2

Office, before it had been delivered in violation of Title 18, United States Code, 1702.

### Count 5

The Grand Jury Further charges:

On or about March 25, 2003, in the District of Hawaii, Defendant JOHN P. WILKERSON then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce, a firearm, that is a .22 caliber revolver.

All in violation of Title 18, United States Code, Section 922(g)(3).

### Count 6

On or about March 25, 2003, in the District of Hawaii, the defendant, JOHN P. WILKERSON, then being a person who had been convicted of a misdemeanor crime of domestic violence, did knowingly possess in and affecting commerce a firearm, that is, a .22 caliber revolver.

\\
\\
\\
\\
\\
\\
\\

3

All in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

DATED: June 12, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney

UNITED STATES vs. JOHN P. WILKERSON, ET AL.
"Indictment"

4